FILED

FEB 26 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | Criminal Case No. 08CR 0448-WQH |
|                                  ) | |
|            Plaintiff,            ) | I N F O R M A T I O N |
|                                  ) | |
|     v.                           ) | Title 8, U.S.C., Sec. 1325 - |
|                                  ) | Illegal Entry (Misdemeanor); |
| EDDIBERTO ANTES-ORTIZ,           ) | Title 8, U.S.C., Sec. 1325 - |
|                                  ) | Illegal Entry (Felony) |
|            Defendant.            ) | |

The United States Attorney charges:

Count 1

On or about 09/1993, within the Southern District of California, defendant EDDIBERTO ANTES-ORTIZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

WDK:psd:San Diego
2/1/08

<u>Count 2</u>

On or about January 26, 2008, within the Southern District of California, defendant EDDIBERTO ANTES-ORTIZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 2/26/08

KAREN P. HEWITT
United States Attorney

*[signature]*
for DOUGLAS KEEHN
Assistant U.S. Attorney