AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| EDDIBERTO ANTES-ORTIZ | CASE NUMBER: 08CR0448-WQH |

I, <u>EDDIBERTO ANTES-ORTIZ</u>, the above named defendant, who is accused of committing the following offense:

    Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2/26/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

ANTES ORTIS EODIVERTO<br>
Defendant<br><br>
_____<br>
Counsel for Defendant

Before _____
       JUDICIAL OFFICER

FILED
FEB 2 6 2008
CLERK ... COURT
SOUTHERN ... CALIFORNIA
BY _____ DEPUTY