UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 APR 22  PM 4:12
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ /s/ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   vs.<br><br>EDDIBERTO ANTES-ORTIZ (1),<br><br>             Defendant. | CASE NO. 08CR0448-WQH<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) of: CT 1: 8 USC 1325 ILLEGAL ENTRY (MISDEMEANOR) AND CT 2: 8 USC ILLEGAL ENTRY (FELONY)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: APRIL 21, 2008

_____
WILLIAM Q. HAYES, US DISTRICT COURT
UNITED STATES DISTRICT JUDGE

ENTERED ON 4/22/08